BRAND *v.* THE STATE (two cases).

ELLEN *v.* THE STATE.

SAMUELS *v.* THE STATE.

COBB, J. These cases are controlled by the decision in *Brand* v. *State*, ante.

*Judgment in each case affirmed. All the Justices concurring.*

Submitted October 16,—Decided October 27, 1900.